(Official Form 1) (12/03)

| FORM B1 | **United States Bankruptcy Court**<br>Western District of Louisiana | **Voluntary Petition** |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Armstead, Denise M.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all):<br>**xxx-xx-3680** | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**718 Highland Square Drive**<br>**Shreveport, LA 71107** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business: **Caddo** | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

Location of Principal Assets of Business Debtor
(if different from street address above):

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box) | | |
|---|---|---|---|---|
| ■ Individual(s) | ☐ Railroad | ☐ Chapter 7 | ☐ Chapter 11 | ■ Chapter 13 |
| ☐ Corporation | ☐ Stockbroker | ☐ Chapter 9 | ☐ Chapter 12 | |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec. 304 - Case ancillary to foreign proceeding | | |
| ☐ Other_____ | ☐ Clearing Bank | | | |

| **Nature of Debts** (Check one box) | | **Filing Fee** (Check one box) |
|---|---|---|
| ■ Consumer/Non-Business | ☐ Business | ■ Full Filing Fee attached |
| | | ☐ Filing Fee to be paid in installments (Applicable to individuals only.) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3. |

**Chapter 11 Small Business** (Check all boxes that apply)
☐ Debtor is a small business as defined in 11 U.S.C. § 101
☐ Debtor is and elects to be considered a small business under
   11 U.S.C. § 1121(e) (Optional)

**Statistical/Administrative Information** (Estimates only)          THIS SPACE IS FOR COURT USE ONLY
■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

| Estimated Assets | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million | |
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | |

| Estimated Debts | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million | |
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | |

**(Official Form 1) (12/03)**

| | |
|---|---|
| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Armstead, Denise M.**      **FORM B1**, Page 2 |

### Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)

| Location Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X     **/s/ Denise M. Armstead**
Signature of Debtor **Denise M. Armstead**

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**October 10, 2005**
Date

**Signature of Attorney**

X     **/s/ Tim L. Waltman**
Signature of Attorney for Debtor(s)
**Tim L. Waltman 25290**
Printed Name of Attorney for Debtor(s)
**Waltman & Waltman**
Firm Name
**3421 Youree Drive, Suite B**
**Shreveport, LA 71105**
Address
**(318) 865-3899  Fax: (318) 213-8933**
Telephone Number
**October 10, 2005**
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)
☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X     **/s/ Tim L. Waltman**           **October 10, 2005**
Signature of Attorney for Debtor(s)     Date
**Tim L. Waltman 25290**

**Exhibit C**
Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?
☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No

**Signature of Non-Attorney Petition Preparer**
I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C.§ 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.

Account Control Bureau
6007 Financial Plaza
Suite 205
Shreveport, LA 71129

Direct Loan Service System
PO Box 4609
Utica, NY 13504

Pierremont Anesthesia Consult.'s
P.O. Box 52448
Shreveport, LA 71135-2448

Caddo Parish Sheriff's Office
501 Texas Street
Shreveport, LA 71101

Edfinancial Services
123 Center Park Drive
Knoxville, TN 37922

Sallie Mae
1002 Arthur Drive
Lynn Haven, FL 32444

Christus Medical Group
P.O. Box 54872
New Orleans, LA 70154-4872

Family Medical Center
8001 Youree Drive, STE 900
Shreveport, LA 71115

SCA Collections, Inc.
P.O. Box 876
Greenville, NC 27835

Citizens Bank and Trust
PO Box 992
Vivian, LA 71082

Fortis Benefits Insurance Compan
PO Box 2940
Clinton, IA 52733

Shreveport Anesthesia Services
P.O. Box 741928
Dallas, TX 75374

Collection Service Bureau
1717 E. Prien Lake Road
Lake Charles, LA 70601

Gladewater National Bank
PO Box 1749
Gladewater, TX 75647

Shreveport Federal Credit Union
PO Box 3261
Shreveport, LA 71133

Credit Bureau of Greater S'port
Collection Services Division
P.O. Box 1107
Shreveport, LA 71163-1107

Henson Pediatric Healthcare
1801 Fairfield Avenue
Suite 403
Shreveport, LA 71101

SunTrust Bank
1200 N. 7th Street
Harrisburg, PA 17102

Credit Management, Inc.
4200 International Parkway
Carrollton, TX 75007

Hibernia
Attn:  Bankruptcy Clerk
PO Box 61540
New Orleans, LA 70161

Time-Warner Cable
6529 Quilen Road
Shreveport, LA 71108

Cross Country Bank
POB 10008
Huntington, WV 25770

Medical Data Systems, Inc.
PO Box 338
Vero Beach, FL 32961

Tower Loan
131 Channel 16 Way
Jackson, MS 39209

Delta Pathology Group, LLP
2915 Missouri St.
Shreveport, LA 71109

Merrick Bank
Customer Service
PO Box 9201
Old Bethpage, NY 11804-9001

Tower Loan of Vivian
136 West Louisiana
Vivian, LA 71082

Diagnostic Imaging Associates
Business Office
Suite B-100
1800 Buckner Street
Shreveport, LA 71101

Mid City Pediatrics
2225 Line Avenue
Shreveport, LA 71104

US Department of Education
PO Box 530260
Atlanta, GA 30353-0260

USA Servicing Company
11100 USA Pkwy
Fishers, IN 46038


William D. Hall
Attorney at Law
828 Shreveport Barksdale Hwy
Shreveport, LA 71105


Willis-Knighton Pierremont
8001 Youree Drive
Shreveport, LA 71115


WK Quick Care
PO Box 1107
Shreveport, LA 71163

# United States Bankruptcy Court
## Western District of Louisiana

In re  **Denise M. Armstead**  
Debtor(s)

Case No.  
Chapter  **13**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:  **October 10, 2005**

**/s/ Denise M. Armstead**  
**Denise M. Armstead**  
Signature of Debtor